137 A.3d 577

**Jalil WILLIAMS, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 38 EM 2016.**

Supreme Court of Pennsylvania.

May 25, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of May, 2016, the Application for Extraordinary Relief is **DENIED.**

137 A.3d 1247

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Maurice McDONALD, Petitioner.**

**No. 33 EM 2016.**

Supreme Court of Pennsylvania.

April 20, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2016, the Petition for Extraordinary Relief is **DENIED.**